**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**LORD PELIKAN S.L.,**

   **Plaintiff,**

   **v.**                                **CIVIL NO. 11-1540 (GAG)**

**SECURITY ENGINEERING CONSORTIUM, Inc.,**

   **Defendant.**

**JUDGMENT**

Pursuant to the court's order at Docket No. 8, judgment by default is hereby entered for plaintiff Lord Pelikan S.L. against defendant Security Engineering Consortium, Inc. in the principal amount of $480,000 plus interest in the amount of 20% as of June 1, 2010.

**SO ORDERED.**

In San Juan, Puerto Rico this 9th day of November, 2011.

                                                        *s/ Gustavo A. Gelpí*
                                                        GUSTAVO A. GELPI
                                                     United States District Judge